Craig M. Murphy, Esq.
Nevada Bar No. 4014
MURPHY & MURPHY LAW OFFICES
8414 W. Farm Road, Ste 180, Box 207
Las Vegas, Nevada 89131
(702) 369-9696 Phone
(702) 369-9630 Fax
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LANCE BLANKS,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>FOUR SEASONS HOTELS, LTD., a Foreign Corporation; MANDALAY BAY, LLC, a Nevada Limited-Liability Company d/b/a FOUR SEASONS HOTEL; MANDALAY PLACE, LLC, a Nevada Limited-Liability Company d/b/a FOUR SEASONS LAS VEGAS; DOES 1 – 10, inclusive; and ROE ENTITIES 1 – 10; inclusive,<br><br>　　　　　　　Defendants. | Case No.:　2:21-cv-00626-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO REPLY TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR ALLEGED VIOLATION of 42 U.S.C. §2000(a) and N.R.S. 651.070** |

　　　　Plaintiff, LANCE BLANKS, by and through his attorney, Craig Murphy, Esq. of MURPHY & MURPHY LAW OFFICES, and Defendants, FOUR SEASONS HOTELS, LTD., MANDALAY BAY, LLC, and MANDALAY PLACE, LLC, by and through their attorney, Karie N. Wilson, Esq. of ALVERSON, TAYLOR & SANDERS, hereby respectfully submit their Stipulation and Order to

///
///
///
///
///
///
///

extend the time for Plaintiff to respond to Defendants' Motion To Dismiss Plaintiff's Claims for Alleged Violation of 42U.S.C. §2000(a) and N.R.S. 651.070. Said response will now be due on May 12, 2021.

| MURPHY & MURPHY LAW OFFICES | ALVERSON, TAYLOR & SANDERS |
|---|---|
| /s/ Craig Murphy, Esq. | /s/ Karie N. Wilson, Esq. |
| _____ | _____ |
| Craig Murphy, Esq. | Karie N. Wilson, Esq. |
| Nevada Bar No. 4014 | Nevada Bar No. 7957 |
| 8414 W. Farm Road, Ste 180, Box 207 | 6605 Grand Montecito Pkwy., Suite 200 |
| Las Vegas, NV 89131 | Las Vegas, NV 89149 |
| (702) 369-9696 | (702) 384-7000 |
| Attorney for Plaintiff | Attorneys for Defendants |

"IT IS SO ORDERED"

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 6th day of May, 2021.

- 2 -