J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LANCE BLANKS,<br><br>                Plaintiff,<br><br>v.<br><br>FOUR SEASONS HOTELS, LTD., a Foreign Corporation; MANDALAY BAY, LLC, a Nevada Limited-Liability Company d/b/a FOUR SEASONS HOTEL; MANDALAY PLACE, LLC a Nevada Limited-Liability Company d/b/a FOUR SEASONS LAS VEGAS; DOES 1-10, inclusive; and ROE ENTITIES 1-10; inclusive,<br><br>                Defendants. | CASE NO: 2:21-cv-00626-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS FOR ALLEGED VIOLATION OF 42 U.S.C. § 2000A AND N.R.S. § 651.070 WITH PREJUDICE AND REMAND TO STATE COURT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LANCE BLANKS and Defendants FOUR SEASONS HOTELS, LTD., MANDALAY BAY, LLC d/b/a FOUR SEASONS HOTEL, and MANDALAY PLACE, LLC d/b/a FOUR SEASONS LAS VEGAS, by and through their respective counsel of record, that Plaintiff's claims for alleged statutory violation of 42 U.S.C. § 2000A and N.R.S. § 651.070 against Defendants be dismissed, with prejudice, the parties to bear their own costs and fees.

1

KNW 27146

IT IS FURTHER STIPULATED AND AGREED that the above cause be remanded to the Eighth Judicial District Court for Clark County, Nevada, for adjudication of Plaintiff's state law claims asserted against Defendants.

| Dated this 4th day of June 2021 | Dated this 4th day of June 2021 |
|---|---|
| ALVERSON TAYLOR & SANDERS | MURPHY & MURPHY LAW OFFICES |

/s/ Karie N. Wilson                              /s/ Craig Murphy
J. BRUCE ALVERSON, ESQ.          CRAIG MURPHY, ESQ.
Nevada Bar No. 1339                       Nevada Bar No. 4014
KARIE N. WILSON, ESQ.                 8414 W. Farm Road, Suite 180, Box 207
Nevada Bar No. 7957                       Las Vegas, Nevada 89131
6605 Grand Montecito Parkway, Suite 200   (702) 369-9696
Las Vegas, Nevada 89149               Attorney for Plaintiff
(702) 384-7000
Attorneys for Defendants

## [PROPOSED] ORDER FOR DISMISSAL OF SPECIFIC CLAIMS WITH PREJUDICE AND FOR REMAND

IT IS HEREBY ORDERED that Plaintiff's claims for alleged statutory violation of 42 U.S.C. § 2000A and N.R.S. § 651.070 are dismissed, with prejudice, the parties to bear their own costs and fees. IT IS FURTHER ORDERED that this case be remanded to the Eighth Judicial District Court for Clark County, Nevada, for adjudication of Plaintiff's state law claims.

Dated __June 7, 2021._____

_____
RICHARD E. BOULWARE, II
United States District Court